UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Robinson Feliz,

               Plaintiff,

     –v–

City of New York, *et al.*,

               Defendants.

19-CV-6305 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

       The Court previously ordered Plaintiff to indicate on or before July 13, 2020 whether he consents to Defendants' proposed amendment to their answer. *See* Dkt. No. 19. As of the date of this order, the Court is not in receipt of Plaintiff's response. Plaintiff shall respond on before July 23, 2020. If Plaintiff fails to respond by this time, the Court will treat the proposed amendment as unopposed.

       SO ORDERED.

Dated: July  21 , 2020
       New York, New York

                                             ALISON J. NATHAN
                                             United States District Judge

1