```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROBINSON FELIZ,                          :    19cv6305 (DLC)
                                         :         (SLC)
                       Plaintiff,        :
            -v-                          :    ORDER
                                         :
CITY OF NEW YORK, et al.                 :
                                         :
                       Defendants.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On May 24, 2022, the above captioned case was referred to Magistrate Judge Sarah L. Cave for general pretrial purposes. Accordingly, it is hereby

ORDERED that the general pretrial referral is vacated.

IT IS FURTHER ORDERED that the parties shall appear at a conference on **October 21, 2022** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         August 23, 2022

                                        _____
                                               DENISE COTE
                                        United States District Judge