```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
ROBINSON FELIZ,                           :    19cv6305 (DLC)
                                          :
                      Plaintiff,          :         ORDER
            -v-                           :
                                          :
CITY OF NEW YORK, et al.                  :
                                          :
                      Defendants.         :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 23, 2022, a pretrial conference was scheduled in this case for October 21, 2022. It is hereby

ORDERED that the October 21 conference is cancelled.

Dated:    New York, New York
          October 19, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge