UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                           :

ROBINSON FELIZ,                 :

                                       :         19cv6305(DLC)
                 Plaintiff,   :

                                       :           ORDER
           -v-                     :

City of New York, et al.,   :

                                       :
                  Defendants.   :

                                         :
-------------------------------------- X

DENISE COTE, District Judge:

Having been notified that the parties in this case have settled, it is hereby

ORDERED that any settlement agreement or stipulation of dismissal shall be filed by May 19, 2023.  If no settlement agreement or stipulation is filed, the Joint Pretrial Order shall be due May 19, 2023.


Dated:     New York, New York
           May 11, 2023

                                         _____
                                            DENISE COTE
                           United States District Judge